IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 JAN 19 PM 3:57
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSIE MOSCATO, ALAN "BUD" WENTLING, SABRINA WRIGHT, BRIAN HARTWELL, and PETE PANE,<br><br>Defendants. | 8:17CR 21<br><br>INDICTMENT<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)&(b)(1) |

The Grand Jury charges that:

### COUNT I

Beginning as early as January 1, 2016 and continuing through October 13, 2016, in the District of Nebraska and elsewhere, the defendants, JESSIE MOSCATO, ALAN "BUD" WENTLING, SABRINA WRIGHT, BRIAN HARTWELL, and PETE PANE, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)&(b)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT II

On or about September 7, 2016, in the District of Nebraska, the defendants, ALAN "BUD" WENTLING and PETE PANE, did knowingly and intentionally distribute 50 grams or

1

more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1)&(b)(1).

## COUNT III

On or about September 21, 2016, in the District of Nebraska, the defendant, PETE PANE, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1)&(b)(1).

## COUNT IV

On or about October 13, 2016, JESSIE MOSCATO, ALAN "BUD" WENTLING, SABRINA WRIGHT, and BRIAN HARTWELL, defendants herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1)&(b)(1).

A TRUE BILL.

FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

THOMAS J. KANGIOR
Assistant United States Attorney

2