# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>PETE PANE,<br><br>    Defendant. | **8:17CR21**<br><br>**ORDER** |

This matter is before the Court on the defendant's Motion to Reconsider Detention (Filing No. 73). Upon review of the file, the Court notes the defendant's substantial criminal record. Additionally, the offenses charged in the indictment carry a presumption of detention which has not been rebutted on the record. For the reasons set forth above, and in the Order of Detention (Filing No. 54) issued on March 29, 2017, the defendant's Motion to Reconsider Detention (Filing No. 73) is denied without hearing.

  **IT IS SO ORDERED**.

Dated this 19th day of April, 2017.

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge