IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR21 |
| vs. | |
| PETE PANE | ORDER |
| Defendant. | |

This matter is before the court on Defendant's unopposed Motion to Continue Trial [154]. Counsel is seeking additional time to secure approval for plea deal and to complete the necessary plea paperwork. For good cause shown,

**IT IS ORDERED** that Defendant's unopposed Motion to Continue Trial [154] is granted as follows:

1. The jury trial, now set for November 7, 2017, is continued to **December 12, 2017**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 12, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 1st day of November, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge