# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>PETE PANE,<br><br>        Defendant. | 8:17CR21<br><br>JUDGMENT |

For the reasons set out in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF No. 244, is denied;

2. No certificate of appealability will be issued;

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 31st day of January 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge